**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LEWIS GENE DIVENS, | ) | NO. CV 21-5064-VBF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GLEN E. PRATT, Warden, | ) | |
| Respondent. | ) | |

Final judgment is hereby entered in favor of the respondent warden and against the petitioner.  IT IS SO ADJUDGED.

Dated: January 25, 2022          /s/ Valerie Baker Fairbank

                                                VALERIE BAKER FAIRBANK
                                          UNITED STATES DISTRICT JUDGE